UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER,<br><br>            Plaintiff,<br><br>       v.<br><br>M. BOBBOLA, et al.,<br><br>            Defendants. | No.  2:25-cv-0467-WBS-SCR<br><br><br>ORDER |

     Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On September 17, 2025, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

     The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations (ECF No. 5) are adopted in full.

    2. Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) is denied based

1

1  on plaintiff's three or more prior strikes under 28 U.S.C. § 1915(g).

2      3. Plaintiff is required to pay the full $405 filing fee for this action within 30 days of the

3  date of this order or this action shall be dismissed.

4  Dated: October 29, 2025

                                                  WILLIAM B. SHUBB
                                                  UNITED STATES DISTRICT JUDGE

12  Th/mill0467.800