UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>M. BOBBALA, et al.,<br><br>    Defendants. | No. 2:25-cv-0467-WBS-SCR<br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. On October 29, 2025, the court denied plaintiff's motion to proceed in forma pauperis and required him to pay the filing fee in full within thirty days or this action would be dismissed. The thirty day period has now expired, and plaintiff has not paid the fees to continue this case.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice based on plaintiff's failure to comply with a court order. See Fed. R. Civ. P. 41(b).

Dated: December 15, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

mill0467.fpf.jo